UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                         :
ALTAUNE BROWN,                            :
                                         :
                     Plaintiff,      :
                                         :             23-CV-2671 (VSB)
           -against-              :
                                         :               **ORDER**
AQIDAS TRADING, INC. and YEONG JA    :
SHIN,                                       :
                                         :
                  Defendants.  :
                                         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on March 30, 2023, (Doc. 1), and filed affidavits of service for

Defendant Yeong Ja Shin ("Shin") on April 26, 2023, (Doc. 6), and for Aqidas Trading, Inc.

("Aqidas") on May 2, 2023 (Doc. 7).  The deadline for Shin to respond to Plaintiff's complaint

was May 11, 2023, (*see* Doc. 6), and the deadline for Aqidas to respond to Plaintiff's complaint

was May 15, 2023, (*see* Doc. 7).  To date, Defendants have not appeared or responded to the

complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule

4(H) of my Individual Rules and Practices in Civil Cases by no later than May 30, 2023.  If

Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     May 16, 2023
              New York, New York

                                      _____
                                      VERNON S. BRODERICK
                                      United States District Judge